■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR BRAITHWAITE, JR., Appellant.—

894

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.